UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY 24-1016

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DYLAN M. BROWN | ]<br>]<br>]<br>]<br>]<br>]<br>] | Magistrate Case No. E1788913 (Class A)<br><br><br><br>**COMPLAINT**<br>**Offense on a Federal Reservation** |

BEFORE the **Honorable Elizabeth A. P ascal,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Luke D. Wilson,** Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **2nd day of December 2023**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**DYLAN M. BROWN** did commit:
Unlawful Possession of a Weapon on Federal Property in violation of 18 USC 930.

The name of the Complainant is **Luke D. Wilson.**

**LUKE D. WILSON, DAF, Civ**
**Special Assistant United States Attorney**

**SWORN TO BEFORE ME, AND SUBSCRIBED VIA TEAMS PURSUANT TO RULE 4.1, FEDERAL RULES OF CRIMINAL PROCEDURE ON FEBRUARY 22, 2024.**

**HONORABLE ELIZABETH A. PASCAL**
**United States Magistrate Judge**

2/22/24 NK 4/18/24

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on December 2, 20 23 while exercising my duties as a law enforcement officer in the Federal District of New Jersey

I did observe Brown, Dylan in possession of multiple unmanufactured airsoft rifles at the Fort Dix Airsoft Range.

The foregoing statement is based upon:

- [x] my personal observation
- [x] my personal investigation
- [ ] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/6/2023 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________
Date (mm/dd/yyyy) U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

CVB SCAN 12/22/2023 9:38